IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL JONES,

      Petitioner,               No. 2:10-cv-00895-KJN P

   vs.

JAQUEZ, Warden,

      Respondent.            ORDER

_____/

      Petitioner is a state prisoner proceeding without counsel in this habeas corpus action filed on April 14, 2010, pursuant to 28 U.S.C. § 2254.[1] Petitioner has filed an application to proceed in forma pauperis (Dkt. No. 2), but the application is incomplete. The "Certificate" at the end of the application must be completed by an authorized officer of the institution in which petitioner is incarcerated; and the officer should also attach a copy of petitioner's trust account statement for the past six months.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an amended in forma pauperis application that includes the "Certificate" portion completed by an

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

1

1 | authorized officer of petitioner's place of incarceration, **or** the $5.00 filing fee;

2 |     2. Petitioner's failure to comply with this order may result in the dismissal of this action; and

4 |     3. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 28, 2010

                                                                      _____
                                                                        KENDALL J. NEWMAN
                                                                        UNITED STATES MAGISTRATE JUDGE

jone0895.trst acct info

2